STATE OF CONNECTICUT *v.* ROBERT LEWIS HYDE
(5164)

DUPONT, C. J., HULL and SPALLONE, Js.

Argued June 3—decision released June 12, 1987

*Guy L. DePaul,* special public defender, for the appellant (defendant).

*Susann E. Gill,* deputy assistant state's attorney, with whom was *Brian E. Cotter,* assistant state's attorney, for the appellee (state).

PER CURIAM. The defendant challenges the constitutional validity of identification procedures used by the state. We have afforded the defendant's claims of error the appropriate scope of review, and we find nothing

to support the defendant's contention that the procedures were impermissibly suggestive. See, e.g., *Manson* v. *Brathwaite,* 432 U.S. 98, 97 S. Ct. 2243, 53 L. Ed. 2d 140 (1977); *Neil* v. *Biggers,* 409 U.S. 188, 93 S. Ct. 375, 34 L. Ed. 2d 401 (1972); *State* v. *Hamele,* 188 Conn. 372, 377, 449 A.2d 1020 (1982); *State* v. *DeJesus,* 7 Conn. App. 309, 315, 508 A.2d 463 (1986).

There is no error.